# CLIFTON BUDD & DeMARIA, LLP

ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING  
350 FIFTH AVENUE, 61ST FLOOR  
NEW YORK, NY 10118

TEL (212) 687-7410  
FAX (212) 687-3285  
www.cbdm.com

IAN-PAUL A. POULOS  
ASSOCIATE  
E-MAIL: IAPOULOS@CBDM.COM

November 12, 2019

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:  
DATE FILED:

**VIA ECF**  
Hon. Loretta A. Preska  
United States District Court  
Southern District of New York  
500 Pearl Street, Room 2220  
New York, New York 10007

Re: *Lopez v. Gibbons*  
1:16-cv-07517-LAP

Dear Judge Preska:

This firm represents the Defendant in the above-referenced action. Pursuant to Paragraph I(A) of Your Honor's Individual Practices, the Defendant writes with Plaintiff's consent to respectfully request that the deadline to submit settlement materials for judicial approval be extended one week from Friday, November 15, 2019, to Friday, November 22, 2019. *See* ECF Doc. 50. A brief one-week extension has become necessary for the parties to finish working on the terms of their settlement agreement.

This is the first request for an extension of this deadline.

Thank you for Your Honor's consideration.

So Ordered.

*Loretta A. Preska*  
11/13/19

Respectfully submitted,

CLIFTON BUDD & DeMARIA, LLP  
*Attorneys for the Defendant*

By: _____  
Arthur J. Robb  
Ian-Paul A. Poulos

CC: All Counsel of Record