UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAISY LOPEZ,

        Plaintiff,

-versus-

ARTHUR GIBBONS,

        Defendant.

No. 16 CIV. 7517 (LAP)

ORDER

---

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The Court is in receipt of Plaintiff's March 16, 2020 letter [dkt. no. 55] and Defendant's March 23, 2020 response [dkt. no. 56]. Counsel for the parties shall continue to confer and shall inform the Court by letter no later than April 29, 2020 of the status of the action. Counsel's other requests are held in abeyance.

SO ORDERED.

Dated:  March 30, 2020
       New York, New York

                                        */s/ Loretta A. Preska*

                                        LORETTA A. PRESKA
                                        Senior U.S. District Judge